FLORENCE SHIRLEY, APPELLEE, V. CITY OF MINDEN,
APPELLANT.

FILED MAY 21, 1909.   No. 15,726.

Personal Injury: NEGLIGENCE: QUESTION FOR JURY. "Issues as to the
existence of negligence and contributory negligence, and as to
the proximate cause of an injury, are for the jury to determine,
when the evidence as to the facts is conflicting, and where dif-
ferent minds might reasonably draw different conclusions as to
these questions from the facts established." *City of Omaha v.
Houlihan,* 72 Neb. 326.

APPEAL from the district court for Kearney county:
HARRY S. DUNGAN, JUDGE. *Affirmed.*

*M. D. King* and *C. P. Anderbery,* for appellant.

*Adams & Adams, contra.*

FAWCETT, J.

Plaintiff claims damages for personal injuries alleged
to have been sustained by falling upon a defective side-
walk in defendant city.   The answer is a general denial,
coupled with a plea of contributory negligence, which is
denied in the reply.   The jury returned a verdict in
favor of the plaintiff for $500, and from a judgment
entered thereon this appeal is prosecuted.

Defendant in its brief assigns but two grounds for
reversal of the judgment: (*a*) That the evidence is insuf-
ficient to establish negligence on the part of the defend-
ant.   (*b*) That the evidence conclusively establishes con-
tributory negligence on the part of plaintiff.   It would
serve no good purpose to set out the evidence here.   It
is sufficient to say that we have carefully examined the
entire record, and find that the case was properly sub-
mitted to the jury on both grounds.   'While the evidence

is somewhat meager upon the second ground, it is such that we cannot disturb the verdict.

The judgment of the district court is therefore

AFFIRMED.